# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LEZLI HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:11-cv-00092-TCB-AJB |
| CHASE HOME FINANCE, LLC, | ) | |
| FINANCE AMERICA, OCWEN | ) | |
| FEDERAL BANK, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEM, | ) | |
| | ) | |
| Defendants. | ) | |

## CHASE HOME FINANCE LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S LOCAL RULE 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Local Rule 3.3, Chase Home Finance LLC and Mortgage Electronic Registration Systems, Inc. (improperly sued as Mortgage Electronic Registration System) (collectively, "Defendants") hereby submit their Certificate of Interested Persons and Corporate Disclosure Statement:

(1)  The undersigned counsel of record for the Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

(a) Defendant Chase Home Finance, LLC is wholly owned by Chase Home Finance, Inc., a privately-held corporation

(b) Mortgage Electronic Registration System, Inc., which is wholly owned by MERSCORP, Inc.;

(c) Ocwen Federal Bank;

(d) Finance America; and

(e) Lezli Hall

The undersigned provides responsive information only with respect to Defendants and does not purport to provide responsive information with respect to any other party.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: At this time, the Defendants are unaware of any such persons or entities.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) Plaintiff Lezli Hall is appearing *pro se*;

(b) Defendants Chase Home Finance, LLC and Mortgage Electronic Registration Systems, Inc. are represented by Shanon J. McGinnis and Lindsay A. Warren of the law firm of Wargo & French LLP;

(c) Defendant Ocwen Loan Servicing, LLC (successor in interest to Ocwen Financial Bank) is represented by Linda S. Finley and Jonathan E. Green of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC;

(d) At this time, no counsel has entered an appearance on behalf of Finance America.

Respectfully submitted this 19th day of January, 2011.

        WARGO & FRENCH LLP

        /s/ Shanon J. McGinnis_____
        SHANON J. MCGINNIS
        Georgia Bar No. 801699
        smcginnis@wargofrench.com
        LINDSAY A. WARREN
        Georgia Bar. No. 164735
        lwarren@wargofrench.com
        1170 Peachtree Street, N.E.
        Suite 2020
        Atlanta, Georgia 30309
        (404) 853-1500
        (404) 853-1501 (facsimile)

        *Counsel for Defendants*
        *Chase Home Finance, LLC; and*
        *Mortgage Electronic Registration*
        *Systems, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEZLI HALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:11-cv-00092-TCB |
| CHASE HOME FINANCE, LLC, ) | |
| FINANCE AMERICA, OCWEN ) | |
| FEDERAL BANK, MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEM ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a true and correct copy of the within and foregoing **CHASE HOME FINANCE LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S LOCAL RULE 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** in the United States District Court for the Northern District of Georgia, with notice of same being served upon the Plaintiff by U.S. Mail, postage pre-paid, addressed as follows:

> Lezli Hall, *pro se*
> P.O. Box 465029
> Lawrenceville, GA 30042

Notice has been electronically served by the CM/ECF system, addressed to the following:

Linda Finley, Esq.
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326

This 19th day of January, 2011.

/s/ Shanon J. McGinnis_____
Shanon J. McGinnis